UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ABERA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>　　　　　　Defendant. | CASE NO. C19-5211 BHS<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

　　　This matter comes before the Court on Defendant National Railroad Passenger Corporation d/b/a Amtrak's ("Amtrak") motion for summary judgment on punitive damages. Dkt. 11.

　　　On October 30, 2019, Amtrak filed the instant motion. *Id.* On November 20, 2019, Plaintiff Michael Abera responded. Dkt. 13. On November 22, 2019, Amtrak replied. Dkt. 16.

Upon review of the motion, the Court grants the motion on the same grounds and for the same reasons set forth in *Mitchem v. Nat'l R.R. Passenger Corp.*, C18-5366-BHS, 2020 WL 91490 (W.D. Wash. Jan. 8, 2020) and related cases cited therein.

**IT IS SO ORDERED**.

Dated this 27th day of February, 2020.

BENJAMIN H. SETTLE
United States District Judge